**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al.,

        Plaintiffs,

        -against-

MANNY P. CONCRETE CO., INC.,

        Defendant.
------------------------------------------------------------x

18-CV-4111 (AJN) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

On April 30, 2020, the Honorable Alison J. Nathan granted Plaintiffs' motion for summary judgment, denied Defendant's cross motion, and ordered Defendant to pay Plaintiffs their reasonable attorney's fees and costs. (ECF 70). On May 1, 2020, Plaintiffs filed their motion for attorney's fees and costs. (ECF 71). Defendant has not filed an opposition. Accordingly, Defendant is directed to file its opposition, if any, by July 31, 2020, or the Court will consider the motion unopposed.

        **SO ORDERED.**

Dated: July 21, 2020
       New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                                  United States Magistrate Judge